# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **TRAXCELL TECHNOLOGIES, LLC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. _____** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **AT&T, INC., AT&T CORPORATION,** | ) | **JURY TRIAL DEMANDED** |
| **AND AT&T MOBILITY LLC,** | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Traxcell Technologies, LLC. ("Traxcell") files this Original Complaint and demand for jury trial seeking relief from patent infringement by AT&T, Inc.; AT&T Corporation; and, AT&T Mobility LLC (collectively "Defendants"), alleging infringement of the claims of U.S. Pat. No. 8,977,284; U.S. Pat. No. 9,510,320; U.S. Pat. No. 9,642,024; and, U.S. Pat. No. 9,549,388 (collectively referred to as "Patents-in-Suit"), as follows:

### I. THE PARTIES

1. Plaintiff Traxcell is a Texas Limited Liability Company, with its principal place of business located 1405 Municipal Ave., Suite 2305, Plano, TX 75074.

2. AT&T, Inc. is a Delaware corporation with its principal place of business at 208 S. Akard St., Dallas, TX 75202-4206 and a registered agent for service of process at CT Corp System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. On information and belief, AT&T, Inc. sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing processes into the stream of commerce knowing that they would be sold in Texas and this judicial district.

3.    AT&T Corporation is a New York corporation with its principal place of business at One AT&T Way, Bedminster, New Jersey, 07921-0752 and a registered agent for service of process at CT Corp System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. On information and belief, AT&T Corporation sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing processes into the stream of commerce knowing that they would be sold in Texas and this judicial district.

4.    AT&T Mobility LLC is a Delaware corporation with its principal place of business at 1025 Lenox Park Blvd NE, Atlanta, GA 30319 and a registered agent for service of process at CT Corp System, 1999 Bryan Street, Suite 900, Dallas, TX 75201. On information and belief, AT&T Mobility LLC sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing processes into the stream of commerce knowing that they would be sold in Texas and this judicial district.

## II.  JURISDICTION AND VENUE

5.    This is an action for patent infringement arising under the patent laws of the U.S., 35 U.S.C. §§ 1 et. seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.   This Court has personal jurisdiction over Defendants because: Defendants are present within or has minimum contacts within the State of Texas and this judicial district; Defendants have purposefully availed itself of the privileges of conducting business in the State of Texas and in this judicial district; Defendants regularly conducts business within the State of Texas and within this judicial district; and Plaintiff's cause of action arises directly from Defendants' business contacts and other activities in the State of Texas and in this judicial district.

7.   Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b).  Defendants have committed acts of infringement and have a regular and established place of business in this District. Further, venue is proper because Defendants conduct substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Texas and this District.

### III.  OVERVIEW OF EXEMPLARY ACCUSED INFRINGING TECHNOLOGY

### AT&T and Cisco Quantum



**AT&T uses Cisco Quantum Suite for network optimization. {Source:** Attachment #1 (Pg. 16)}



**AT&T uses Cisco Quantum Suite for network data monetization.**

**Cisco acquired Intucell (including its SON solution)**

➢ **http://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/intucell.html**

**AT&T deployed Intucell's SON solution for network optimization**

➢ **http://www.cellular-news.com/story/Operators/53297.php**

**Now AT&T uses Cisco's Quantum SON for network optimization**

➢ **http://www.fiercewireless.com/wireless/cisco-targets-at-t-s-son-technology-475m-purchase-intucell**

**Cisco Services Bus for Service Providers**

Remove the complexity and disconnect between network intelligence and application services. The Cisco Services Bus for Service Providers simplifies for mobile operators the interaction of multiple intelligence streams. Cisco Services Bus for Service Providers abstracts the streams once and allows all layers of service delivery to use many times to support a rich set of use cases for network optimization and monetization.

https://www.cisco.com/c/en/us/products/wireless/son-suite/index.html#datasheets-literature

https://www.cisco.com/c/en/us/products/wireless/policy-suite-mobile/index.html

https://www.cisco.com/c/en/us/products/wireless/services-bus-service-providers/index.html



**Cisco SON Architecture**



**Cisco Policy Suite**



**Cisco Policy Suite Solution Architecture**



**Cisco Services Bus Logical Architecture**

**Examples of Infringing Products/Services used by Defendant:**

> **Quantum Network Abstraction Suite**
> **Quantum Policy Suite**
> **Quantum Analytics Suite**
> **Quantum SON Suite**
> **Quantum WAN Orchestration Suite**

**Cisco Quantum software suite**

Service providers want new ways to accommodate the surge in mobile data traffic, smart portable devices, and things coming onto their networks. As mobile devices proliferate, so do opportunities to strengthen relationships with customers by delivering superior subscriber experiences.

**Cisco Quantum**, a new mobility software suite, addresses these concerns by finding new monetization opportunities while optimizing networks for the fullest utilization. Cisco Quantum

provides granular, real-time visibility and updates across every level of the network-transport and user, access, core, and cloud.

**Cisco Quantum Service Bus (QSB)**

Remove the complexity and disconnect between network intelligence and application services with an "abstract-once-and-use-many" model. QSB supports a rich set of use cases for network optimization and monetization.

**Cisco Quantum Policy Suite**

This suite provides a next-generation policy management solution to help service providers scale, control, monetize, and personalize any service on any type of network. It does so through a flexible interactive architecture that supports application-centric policy capabilities. You can also control policy and manage services across mobile, fixed, and Wi-Fi broadband networks.

**Cisco Quantum Analytics Suite**

Business and network analytics capabilities can enable both historical trend and real-time predictive policy decisions. This suite includes dashboards for data visualization, and programmable interfaces to create system alerts in conjunction with policy. It includes indoor location analytics such as foot-fall, dwell-time, and more.

**Cisco Quantum SON**

Service provider mobile investment is shifting away from Macrocell-only networks to heterogeneous networks (macro and small cells such as Wi-Fi, 3G, or LTE.) The size and complexity of these networks would necessitate self-optimizing networks and a move to live and automatic optimization in the radio access portion of the network.

Cisco Quantum Suite addresses this pressing need, allowing service providers to maintain control, and benefit with major network investment savings for both operating and capital expenditures.

**Cisco Quantum WAN Orchestration Suite**

Get network management tools to simplify capacity and traffic management, increase network efficiency, and reduce operational costs. This portfolio includes real-time and offline traffic demand analysis, design, planning, and operational automation intelligence for complex networks.

**Cisco Quantum Virtual Packet Core (QvPC)**

Quantum vPC redefines the paradigm of agility for service providers. Capture untapped revenue opportunities, particularly with the proliferation of Internet of Everything (IoE) and machine-to-machine (M2M) connections.

With Quantum vPC you can combine all packet core services-for 4G, 3G, 2G, Wi-Fi, and small cell networks-into a single solution, providing network functions as virtualized services. Now you can scale capacity and introduce new services faster and more cost-effectively.

http://www.cisco.com/c/en_in/products/wireless/quantum/index.html#~benefits

## IV.  INFRINGEMENT ('320 Patent (attached as Exhibit A))

8.    On November 29, 2016, U.S. Patent No. 9,510,320 ("the '320 patent"), attached as Exhibit A, entitled "Machine for Providing a Dynamic Database of Geographic Location Information for a Plurality of Wireless Devices and Process for Making Same" was duly and legally issued by the U.S. Patent and Trademark Office. Traxcell owns the '320 patent by assignment.

9.    The '320 Patent's Abstract states, "For a wireless network, a tuning system in which mobile phones using the network are routinely located. With the location of the mobile phones identified, load adjustments for the system are easily accomplished so that the wireless network is not subject to an overload situation. Ideally the location of the mobile phones is accomplished whether the mobile phones are transmitting voice data or not."

10.   The following general elements will be used to explain Plaintiff's allegations of infringement of the Claims of the '320 patent.

**Element 1:** A system including at least one radio-frequency transceiver and an associated at least one antenna to which the radio-frequency transceiver is coupled, wherein the at least one radio-frequency transceiver is configured for radio-frequency communication with at least one mobile wireless communication device.

**Element 2:** The said system further including a first computer coupled to the at least one radio-frequency transceiver programmed to locate the at least one mobile wireless device and generate an indication of a location of the at least one mobile wireless device.

**Element 3:** The said first computer receives and stores performance data of connections between the at least one mobile wireless device and the radio frequency transceiver along with the indication of location.

**Element 4:** The said first computer references the performance data to expected performance data.

**Element 5:** The said first computer determines at least one suggested corrective action in conformity with differences between the performance data and expected performance data in conjunction with the indication of location.

**Element 6:** The said first computer routinely stores updated performance data and an updated indication of location of the at least one mobile wireless device while the mobile wireless device is communicating with the at least one radio-frequency transceiver.

**Element 7:** The said system further including a second computer coupled in communication with the first computer, wherein the first computer, responsive to a communication from the at least one mobile wireless communication device, sets a no access flag within a memory of the first computer.

**Element 8:** The said first computer provides access to the indication of location to the second computer if the no access flag is reset.

**Element 9:** The said first computer denies access to the indication of location to the second computer if the no access flag is set.

11. Defendants make, use, offer to sell, or sell within or imports into the U.S. wireless networks, wireless-network components, and related services that use identified locations of wireless devices to perform adjustments such that Defendants infringe claims 1–6 of the '320 patent, literally or under the doctrine of equivalents.

Preliminary charts illustrating Plaintiff's exemplary claims for infringement of the claim of the '320 patent is as follows:[1]

| Element 1 of Claim #1 | Corresponding aspects |
|---|---|
| A system including at least one radio-frequency transceiver and an associated at least one antenna to which the radio-frequency transceiver is coupled, wherein the at least one radio-frequency transceiver is configured for radio-frequency communication with at least one mobile wireless communication device. | **AT&T** uses **Cisco's Quantum SON suite** to optimize its **wireless cellular telecommunications network**, which comprises a plurality of base stations (Macro cells, micro cells, small cells, eNodeBs etc. or simply "cell towers") communicating through two-way receipt and transmission of radio frequency (RF) signals with a plurality of mobile wireless communication devices or UEs (mobile phones, laptops, tablets, PDAs etc.). These base stations are, therefore, RF transceivers. The base stations (cell towers) invariably include at least one antenna. |

| Element 2 of Claim #1 | Corresponding aspects |
|---|---|
| The said system further including a first computer coupled to the at least one radio-frequency transceiver programmed to locate the at least one mobile wireless device and generate an indication | **AT&T** uses **Cisco's Quantum SON suite (RAN Optimization suite)** to optimize its **wireless cellular telecommunications network. Quantum SON suite** is part of a package of software suites called the **Quantum software suite. Cisco's Quantum software suite** is installed on a computer/processor (First Computer), located in the network's control center, and which is connected to the Operations Support Systems (OSS), Network or Element Management Systems (NMS or EMS). **Quantum software suite** interacts with the network elements in the RAN, including the base stations |

---

[1] Plaintiff's infringement claims are not limited to the components provided herein.

| of a location of the at least one mobile wireless device. | (RF transceivers), through the OSS/NMS/EMS. **Quantum software suite (Quantum Network Abstraction suite)** receives or abstracts network intelligence (including network performance or subscriber QoE metrics) from the network. In order to make this intelligence more relevant for network optimization by **Quantum SON**, the **Quantum Analytics suite** simultaneously ascertains real-time locations of individual mobile wireless devices, and correlates the real-time locations of each of the said mobile wireless devices with the corresponding QoE measurements (network intelligence) abstracted by the **Quantum Network Abstraction suite.** This correlation pin-points the mobile wireless devices and their locations in the network, where the quality of RF-based communications between the RAN (base stations) and the mobile wireless devices is sub-standard. |

| **Element 3 of Claim #1** | **Corresponding aspects** |
|---|---|
| The said first computer receives and stores performance data of connections between the at least one mobile wireless device and the radio frequency transceiver along with the indication of location. | **Quantum software suite's Quantum Network Abstraction suite** receives or abstracts network intelligence (including network performance or subscriber QoE metrics) from the network. In order to make this intelligence more relevant for network optimization by **Quantum SON**, the **Quantum Analytics suite of Quantum software suite** simultaneously ascertains real-time locations of individual mobile wireless devices, and correlates the real-time locations of each of the said mobile wireless devices with the corresponding QoE measurements (network intelligence) abstracted by the **Quantum Network Abstraction suite.** This correlation pin-points the mobile wireless devices and their locations in the network, where the quality of RF-based communications between the RAN (base stations) and the mobile wireless devices is sub-standard. This data is stored in a database and analyzed. |

| **Element 4 of Claim #1** | **Corresponding aspects** |
|---|---|

| The said first computer references the performance data to expected performance data. | Cisco's **Quantum SON suite** continuously monitors network performance and UE-referenced or subscriber-referenced QoE measurements through the network intelligence abstracted by the **Quantum Network Abstraction suite** and the real-time locations of corresponding UEs simultaneously ascertained by the **Quantum Analytics suite.**<br><br>Quantum SON suite compares the collected network performance/QoE metrics or KPIs against the corresponding standard values, thresholds or expected values (associated with acceptable or good network performance, QoS or QoE). If shortfalls or fluctuations are observed in the observed KPI values in comparison to the corresponding standard values, thresholds or expected values, **Quantum SON suite** automatically determines and initiates corrective actions. |

| **Element 5 of Claim #1** | **Corresponding aspects** |
|---|---|
| The said first computer determines at least one suggested corrective action in conformity with differences between the performance data and expected performance data in conjunction with the indication of location. | Cisco's **Quantum SON suite** continuously monitors network performance and UE-referenced or subscriber-referenced QoE measurements through the network intelligence abstracted by the **Quantum Network Abstraction suite** and the real-time locations of corresponding UEs simultaneously ascertained by the **Quantum Analytics suite. Quantum SON suite** compares the collected UE-location referenced network performance/QoE metrics or KPIs against the corresponding standard values, thresholds or expected values (associated with acceptable or good network performance, QoS or QoE). If shortfalls or fluctuations are observed in the observed KPI values in comparison to the corresponding standard values, thresholds or expected values, **Quantum SON suite** automatically determines and initiates corrective actions by directing relevant parameter changes or adjustments in the RAN elements (base stations) in the areas of the network where the UEs are determined to be experiencing sub-standard network performance quality. These corrective actions or adjustments basically include – adjustments in signal strength and/or transmit power of one or more relevant cells, and modifications in antenna tilt angle (RF shaping). |

| Element 6 of Claim #1 | Corresponding aspects |
|---|---|
| The said first computer routinely stores updated performance data and an updated indication of location of the at least one mobile wireless device while the mobile wireless device is communicating with the at least one radio-frequency transceiver. | Cisco's **Quantum SON suite** continuously monitors network performance and UE-referenced or subscriber-referenced QoE measurements through the network intelligence abstracted by the **Quantum Network Abstraction suite** and the real-time locations of corresponding UEs simultaneously ascertained by the **Quantum Analytics suite.** Since network optimization is a continuous process, the network performance/UE-referenced QoE data is continuously abstracted by the **Quantum Network Abstraction suite** and the real-time location information of corresponding UEs is continuously and simultaneously ascertained by the **Quantum Analytics suite**. This data is continuously monitored by the **Quantum SON suite** for identification or diagnosis of network problems for automatic network optimization**.** This data (including UE location information) is stored in a database and analyzed. Trends, patterns and predictive data are generated based on the stored "Historical" data. The Real-time and near real-time data (UE geo-location information) is shared with location-based service providers or advertisers, and thus monetized. Historical, real-time, near real-time and predictive data can exist only when there exists means for continuously obtaining, storing and updating the network and UE-specific information. |

| Element 7 of Claim #1 | Corresponding aspects |
|---|---|

| The said system further including a second computer coupled in communication with the first computer, wherein the first computer, responsive to a communication from the at least one mobile wireless communication device, sets a no access flag within a memory of the first computer. | Cisco's **Quantum Software suite** continuously ascertains the real-time locations of the UEs in AT&T's wireless network, correlates it with the corresponding network performance/QoE metrics, and helps the **Quantum SON suite** in optimizing AT&T's wireless network by pin-pointing the wireless device locations where sub-standard network performance quality is experienced. This data, which includes the real-time locations of the UEs, is stored in a database and updated regularly as a function of date/time of its collection. This data could also be further integrated into a single central network repository for use by AT&T. Without prejudice, any other such database into which the said data is integrated, comes within the meaning of the **"First Computer"** mentioned in the Reed claims. |
| | AT&T uses the aforementioned routinely collected UE location information for providing location-based services to the UE users (subscribers). Examples include **FamilyMap**® and **ShopAlerts** etc. Each of the location-based services servers (AT&T's own or third-parties'), to which access to the location information of UEs can be provided by the "First Computer" constitute the **"Second Computer"**. |
| | However, location information of UEs (subscribers) comes under the category CPNI (Customer Proprietary Network Information), and therefore, cannot be used by AT&T or any service provider, without the consent of the concerned subscribers (UE users). In conformance with the subscriber (data) privacy regulations, AT&T provides a means for the UE users (subscribers) to refuse or withdraw consent to AT&T's use of their CPNI data, including their UE location information, by **"Opting-out"**. |

| Element 8 of Claim #1 | Corresponding aspects |
|---|---|
| The said first computer **provides access** to the indication of location to the second computer if the no access flag is reset. | The UE location information ascertained by **Quantum Software suite** and aggregated in **AT&T's central network repository** is **shared** with **location-based service application servers (including third-party applications)** if the user of the said client device or UE has "Opted-in", "Not Opted-out" or has not refused to provide his/her consent for the said sharing. |

| Element 9 of Claim #1 | Corresponding aspects |
|---|---|

| | |
|---|---|
| The said first computer **denies access** to the indication of location to the second computer if the no access flag is set. | The UE location information ascertained by **Quantum Software suite** and aggregated in **AT&T's central network repository** is **NOT shared** with **location-based service application servers (including third-party applications)** if the user of the said client device or UE has "Not Opted-in", "Opted-out" or has refused to provide his/her consent for the said sharing. |

12. Defendants put the inventions claimed by the '320 Patent into service (i.e., used them); but for Defendants' actions, the claimed-inventions embodiments involving Defendants' products and services would never have been put into service. Defendants' acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendants obtaining monetary and commercial benefit from it.

13. Defendants have and continues to induce infringement. Defendants have actively encouraged or instructed others (e.g., its customers), and continues to do so, on how to use its products and services (e.g., U.S. wireless networks, wireless-network components [see charts in paragraph 12) that use identified locations of wireless devices to perform adjustments such to cause infringement claims 1–6 of the '320 patent, literally or under the doctrine of equivalents. Moreover, Defendants have known and should have known of the '320 patent, by at least by the date of the patent's issuance, or from the issuance of the '284 patent, which followed the date that the patent's underlying application was cited to Defendants by the U.S. Patent and Trademark Office during prosecution of one of Defendants' patent applications, such that Defendants knew and should have known that it was and would be inducing infringement. Further, Traxcell was a registered as an AT&T "prospective supplier" on 8/25/2007, and provided login credentials at ATTsupliers.com. In addition, the '284 Patent Application was used by the PTO as a reference against AT&T, starting by at least 2007.

14.    Defendants have caused and will continue to cause Traxcell damage by infringing (including inducing infringement of) the '320 patent.

## V.    INFRINGEMENT ('284 Patent (attached as Exhibit B))

15.  On March 10, 2015, U.S. Patent No. 8,977,284 ("the '284 patent"), attached as Exhibit B, entitled "Machine for Providing a Dynamic Database of Geographic Location Information for a Plurality of Wireless Devices and Process for Making Same" was duly and legally issued by the U.S. Patent and Trademark Office. Traxcell owns the '284 patent by assignment.

16. The '284 Patent's Abstract states, "For a wireless network, a tuning system in which mobile phones using the network are routinely located. With the location of the mobile phones identified, load adjustments for the system are easily accomplished so that the wireless network is not subject to an overload situation. Ideally the location of the mobile phones is accomplished whether the mobile phones are transmitting voice data or not."

17. The following general elements will be used to explain Plaintiff's allegations of infringement of the Claims of the '284 patent.

**Element 1:** A wireless network comprising at least two wireless devices, each said wireless device communicating via radio frequency signals;

**Element 2:** The said wireless network further comprises a first computer programmed to perform the steps of:
1) locating at least one said wireless device on said wireless network and referencing performance of said at least one wireless device with wireless network known parameters, 2) routinely storing performance data and a corresponding location for said at least one wireless device in a memory;

**Element 3:** The said wireless network further comprises a radio tower adapted to receive radio frequency signals from, and transmit radio frequency signals to said at least one wireless device

**Element 4:** The said first computer further includes means for receiving said performance data and suggest corrective actions obtained from a list of possible causes for said radio tower based upon the performance data and the corresponding location associated with said at least one wireless device.

**Element 5:** The said radio tower generates an error code based upon operation of said at least one wireless device

**Element 6:** The said first computer further programmed to,

1) receive said error code from said radio tower, and,

2) selectively suggest a corrective action of said radio frequency signals of said radio tower in order to restrict processing of radio frequency signals from at least one of said at least two wireless devices based upon said error code, and, whereby said first computer suggests said corrective action in order to improve communication with at least one said wireless device.

18. Defendants make, use, offer to sell, or sell within or import into the U.S. wireless networks, wireless-network components, and related services that use identified locations of wireless devices to perform adjustments such that Defendants infringes one or more claims of the '284 patent, including—for example—Claims 1 - 12, literally or under the doctrine of equivalents.

A preliminary chart illustrating Plaintiff's claims for infringement of the claim of the '284 patent is as follows: [2]

---

[2] Plaintiff's infringement claims are not limited to the components provided herein.

| Element 1 of Claim #1 | Corresponding aspects |
|---|---|
| A wireless network comprising:<br><br>at least two wireless devices, each said wireless device communicating via radio frequency signals;<br><br>a radio tower adapted to receive radio frequency signals from, and transmit radio frequency signals to said wireless devices. | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco mobile software portfolio can be implemented in Universal Mobile Telecommunications Service (UMTS), Long-Term Evolution (LTE), Global System for Mobile Communications (GSM), and Wi-Fi technologies. Many of these network systems, include base stations along with antennas, known as radio towers which can interact with one or more mobile wireless communication devices or UEs (User Equipment, such as mobile phones, laptops, tablets, PDAs etc.) (*, some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) through radio frequency (RF) signal transmissions. A radio tower (*, some examples of compatible RF transceivers with antennas are " Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) must service more than one mobile wireless communication devices or (UEs) User equipment (*, some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*).<br><br>AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco mobile software portfolio can be implemented in Universal Mobile Telecommunications Service (UMTS), Long- |

Term Evolution (LTE), Global System for Mobile Communications (GSM), and Wi-Fi technologies. Many of these network systems, include base stations along with antennas, known as radio towers (*, some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) which can initiate communication with one or more mobile wireless communication devices or UEs (User Equipment, such as mobile phones, laptops, tablets, PDAs etc.) (*, some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) through reception and transmission of RF signals.

| Element 2 of Claim #1 | Corresponding aspects |
|---|---|
| The said wireless network further comprising a first computer, which includes means for receiving performance data of said RF-based interactions between the said radio tower and said wireless devices. | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco mobile software portfolio can be implemented in Universal Mobile Telecommunications Service (UMTS), Long-Term Evolution (LTE), Global System for Mobile Communications (GSM), and Wi-Fi technologies. Many of these network systems, include base stations along with antennas, known as radio towers (*, some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for* |

| | |
|---|---|
| | *transmitting and receiving"*) which can initiate communication with one or more mobile wireless communication devices or UEs (User Equipment, such as mobile phones, laptops, tablets, PDAs etc.) (*, some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) through reception and transmission of RF signals. |

| **Element 3 of Claim #1** | **Corresponding aspects** |
|---|---|
| wherein the said first computer is further programmed to perform the steps of:<br><br>    locating at least one said wireless device on said wireless network and referencing performance of said at least one wireless device with wireless network known parameters; and routinely storing performance data and a corresponding location for said at least one wireless device in a memory. | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) which can interact with the network elements i.e. Radio towers (*, some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*). Cisco's mobile software portfolio running on a computer (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) can receive |

|  | or extract and store location information of the mobile wireless communication devices (UE's) (, *some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) from the network. Along with the location, the computer () can receive and store performance data (QoS) of the session between the one or more mobile wireless communications devices and the radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*). Also, the computer running Cisco's mobile software portfolio (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) compare the performance data with the expected performance data of network or service. |
|---|---|

| Element 4 of Claim #1 | Corresponding aspects |
|---|---|
| wherein said first computer further includes means for suggesting corrective actions obtained from a list of possible causes for said radio tower based upon the performance data and the corresponding location associated | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor (, some *examples of computer are control system and components enabled with or compatible with Cisco's* |

| | |
|---|---|
| with said at least one wireless device. | *SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting")* which can interact with the network elements in the RAN including the radio towers (*, some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*). Cisco's mobile software portfolio running on a computer (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) and interacting with the radio towers (*, some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) can receive performance data (QoS) of sessions between the one or more mobile wireless communications devices (*, some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) and the radio towers (*, some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) along with the location information of one or more mobile wireless communications devices (*, some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*). Thus, the computer running |

| | Cisco's mobile software portfolio (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) can continuously monitor network performance (QoS) of the session and can suggest corrective actions to automate adjustment of the radio tower (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) parameters for the user experience quality and better servicing of the one or more mobile wireless communications devices (, *some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*). |
|---|---|

| Element 5 of Claim #1 | Corresponding aspects |
|---|---|
| wherein said radio tower generates an error code based upon operation of said at least one wireless device, and wherein said first computer is further programmed to receive said error code from said radio tower. | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) which can interact with the network elements in the RAN including the radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*). |

As the SON suite monitor dSON functionalities at eNB (radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*)) and automatically optimizes the network performance. So, for automatically optimizing the network performance, the dSON at (radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) should generate and report errors/ alarms/ faults and transmit it to computer () for further actions. Therefore, the Radio Towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) situated in a wireless communication network can generate error codes/ alarms on failure or degradation of sessions between the mobile wireless communications devices (, *some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) and the radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*).

| Element 6 of Claim #1 | Corresponding aspects |
|---|---|
| wherein said first computer is further programmed to,<br><br>    selectively suggest a corrective action of said radio frequency signals of said radio tower in order to restrict processing of radio frequency signals from at least one of said at | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) which can interact with the network elements in the RAN including the radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified* |

| | |
|---|---|
| least two wireless devices based upon said error code, and, whereby said first computer suggests said corrective action in order to improve communication with at least one said wireless device. | *Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*).<br><br>The SON suite running at the computer (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) can use cSON to suggest corrective measures and SON suite can execute some optimization algorithms at eNB (radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*)). Also, as the SON suite monitor dSON functionalities at eNB and automatically optimizes the network performance, the computer running SON portfolio should receive data and errors/ alarms/ faults with respect to network performance from dSON elements at eNB- radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*).<br><br>Therefore, the computer running SON suite (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) can suggest corrective measures for optimizing the network performance in response to receiving errors/ alarms/ faults.<br><br>The network performance can be optimized by automatically adjusting the parameters of the radio tower () to stop servicing some of the mobile wireless communications devices (, *some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) and improve sessions between the other mobile wireless communications devices (, *some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) and the radio towers (, *some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*). Therefore, actions can be |

|  | taken by Cisco SON suite running at the computer (, some *examples of computer are control system and components enabled with or compatible with Cisco's SON suite, Policy Suite and Services Bus for Service Providers – "Network Management System (NMS), Centralized SON Server or RAN Historical Reporting"*) for improving sessions between the some mobile wireless communications devices () using dynamic load balancing and shifting other mobile wireless communication devices (*, some examples of compatible mobile wireless communication devices are "Apple iPhones-all models; Samsung Galaxy Smartphones-all models, Motorola Atrix 4G, HTC Inspire 4G or Samsung Infuse 4G"*) to nearby radio towers (*, some examples of compatible RF transceivers with antennas are "Cisco Aironet 3600 with 3G Module; Cisco 3G Small Cell or Cisco ASR 901S-Unified Mobile Backhaul for All Radio provided with any kind of antennas for transmitting and receiving"*) using dynamic load balancing and automatic neighbor relations. |
|---|---|

19. Defendants put the inventions claimed by the '284 Patent into service (i.e., used them); but for Defendants' actions, the claimed-inventions embodiments involving Defendants' products and services would never have been put into service. Defendants' acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendants obtaining monetary and commercial benefit from it.

20. Defendants have and continues to induce infringement. Defendants have actively encouraged or instructed others (e.g., its customers), and continues to do so, on how to use its products and services (see charts in paragraph 19, and related products and services) that use identified locations of wireless devices to perform adjustments such to cause infringement one or more claims of the '284 patent, including—for example—Claims 1 - 12, literally or under the doctrine of equivalents. Moreover, Defendants have known and should have known of the '284 patent, by at least by the date of the patent's issuance, which followed the date that the patent's underlying application was cited to Defendants by the U.S. Patent and Trademark Office during

prosecution of one of Defendants' patent applications, such that Defendants knew and should have known that it was and would be inducing infringement.  Further, Traxcell was a registered as an AT&T "prospective supplier" on 8/25/2007, and provided login credentials at ATTsupliers.com.  In addition, the '284 Patent Application was used by the PTO as a reference against AT&T, starting by at least 2007.

21.  Defendants have caused and will continue to cause Traxcell damage by infringing (including inducing infringement of) the '284 patent.

## VI.    INFRINGEMENT ('024 Patent (Attached as exhibit C))

22.  On May 2, 2017, U.S. Patent No. 9,642,024 ("the '024 patent") entitled "Machine for Providing a Dynamic Database of Geographic Location Information for a Plurality of Wireless Devices and Process for Making Same" was duly and legally issued by the U.S. Patent and Trademark Office. Traxcell owns the '024 patent by assignment.

23. The '024 Patent's Abstract states, "For a wireless network, a tuning system in which mobile phones using the network are routinely located. With the location of the mobile phones identified, load adjustments for the system are easily accomplished so that the wireless network is not subject to an overload situation. Ideally the location of the mobile phones is accomplished whether the mobile phones are transmitting voice data or not."

24. The following general elements will be used to explain Plaintiff's allegations of infringement of the Claims of the '024 patent.

**Element 1:** A system including one or more radio-frequency transceivers and an associated one or more antennas to which the radio-frequency transceiver is coupled, wherein the one or more radio-frequency transceivers configured for radio-frequency communication with at least one mobile wireless communications device.

**Element 2:** The said system further including a computer coupled to the one or more radio-frequency transceivers programmed to locate the one or more mobile wireless communications devices and generate an indication of a location of the one or more mobile wireless communications devices.

**Element 3:** The said first computer receives and stores performance data of connections between the one or more mobile wireless communications devices and the radio-frequency transceiver along with the indication of location.

**Element 4:** The said first computer references the performance data to expected performance data.

**Element 5:** The said first computer determines at least one suggested corrective action in conformity with differences between the performance data and expected performance data in conjunction with the indication of location.

**Element 6:** The said first computer receives an error code from the radio-frequency transceiver, determines whether the error code indicates a performance issue with respect to the connection between the one or more mobile wireless communications devices and the radio-frequency transceiver.

**Element 7:** The said first computer determines the at least one suggested corrective action in response to the error code.

25. Defendants make, use, offer to sell, or sell within or import into the U.S. wireless networks, wireless-network components, and related services that use identified locations of wireless devices to perform adjustments such that Defendants infringe one or more claims of the '024 patent, including—for example, but not by way of limitation—Claims 1-22, literally or under the doctrine of equivalents.

Preliminary charts illustrating Plaintiff's claims for infringement of the claims of the '024 patent is as follows: [3]

| Element 1 of Claim #1 | Corresponding aspects |
|---|---|

---

[3] Plaintiff's infringement claims are not limited to the components provided herein.

| A system including one or more radio-frequency transceivers and an associated one or more antennas to which the radio-frequency transceiver is coupled, wherein the one or more radio-frequency transceivers configured for radio-frequency communication with at least one mobile wireless communications device | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco mobile software portfolio can be implemented in macrocells, small cells, and femtocells to Universal Mobile Telecommunications Service (UMTS), Long-Term Evolution (LTE), Global System for Mobile Communications (GSM), and Wi-Fi technologies. Many of these network systems, particularly the cells include base stations for transmission and reception of wireless signals to and from the mobile wireless communication devices or UEs or user devices (mobile phones, laptops, tablets, PDAs etc.). These base stations are, therefore, RF transceivers. Also, these base stations are coupled with at least one antenna for the function of transmission and reception. |
|---|---|

| Element 2 of Claim #1 | Corresponding aspects |
|---|---|
| The said system further including a computer coupled to the one or more radio-frequency transceivers programmed to locate the one or more mobile wireless communications devices and generate an indication of a location of the one or more mobile wireless communications devices | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor which can interact with the network elements in the RAN including the base stations (RF transceivers). Cisco's mobile software portfolio running on a computer and interacting with the base stations (RF transceivers) can receive or extract location information of the mobile wireless communication devices (UE's) from the network. |

| Element 3 of Claim #1 | Corresponding aspects |
|---|---|
| The said first computer receives and stores performance data of connections between the one or more mobile wireless communications devices and the | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor which can interact with the network elements in the RAN including the base stations (RF transceivers). Cisco's mobile software portfolio running on a computer and interacting with the base stations (RF |

| radio-frequency transceiver along with the indication of location | transceivers) can receive or extract location information of the mobile wireless communication devices (UE's) from the network. Along with the location, the computer can receive and store performance data (QoS) of the session between the one or more mobile wireless communications devices and the base stations (RF transceivers). |

| **Element 4 of Claim #1** | **Corresponding aspects** |
|---|---|
| The said first computer references the performance data to expected performance data | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor which can interact with the network elements in the RAN including the base stations (RF transceivers). Cisco's mobile software portfolio running on a computer and interacting with the base stations (RF transceivers) can receive or extract location information of the mobile wireless communication devices (UE's) from the network. Along with the location, the computer can receive and store performance data (QoS) of session between the one or more mobile wireless communications devices and the base stations (RF transceivers). Thus, the computer running Cisco's mobile software portfolio can continuously monitor network performance (QoS) of the session. This performance data can be compared with expected performance data of network or service for automated adjustment of user experience quality. |

| **Element 5 of Claim #1** | **Corresponding aspects** |
|---|---|
| The said first computer determines at least one suggested corrective action in conformity with differences between the performance data and expected performance data in conjunction with the indication of location | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor which can interact with the network elements in the RAN including the base stations (RF transceivers). Cisco's mobile software portfolio running on a computer and interacting with the base stations (RF transceivers) can receive or extract location information of the mobile wireless communication devices (UE's) from the network. Along with the location, the computer can receive and store performance data (QoS) of session between the one or more mobile wireless communications devices and the base stations (RF transceivers). Thus, |

|  | the computer running Cisco's mobile software portfolio can continuously monitor network performance (QoS) of the session and compare this performance data with the expected performance data of network or service for a particular location and can suggest corrective actions to automate adjustment for the user experience quality. |
|---|---|

| **Element 6 of Claim #1** | **Corresponding aspects** |
|---|---|
| The said first computer receives an error code from the radio-frequency transceiver, determines whether the error code indicates a performance issue with respect to the connection between the one or more mobile wireless communications devices and the radio-frequency transceiver | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor which can interact with the network elements in the RAN including the base stations (RF transceivers). Cisco's mobile software portfolio running on a computer and interacting with the base stations (RF transceivers) can receive or extract location information of the mobile wireless communication devices (UE's) from the network. Along with the location, the computer can receive and store performance data (QoS) of session between the one or more mobile wireless communications devices and the base stations (RF transceivers). Thus, the computer running Cisco's mobile software portfolio can continuously monitor network performance (QoS) of the session and compare this performance data with the expected performance data of network or service for a particular location and can suggest corrective actions to automate adjustment for the user experience quality. The SON suite running at the computer can use cSON to suggest corrective measures and SON suite can execute some optimization algorithms at eNB (base stations/ transceivers). Also, as the SON suite monitor dSON functionalities at eNB and automatically optimizes the network performance, the computer running SON suite will receive data and errors/ alarms/ faults with respect to network performance from dSON elements at eNB. |

| **Element of Claim #1** | **Corresponding aspects** |
|---|---|
| The said first computer determines the at least one suggested corrective action in response to the error code | AT&T uses Cisco's SON suite (RAN Optimization suite), Cisco Policy Suite and Cisco Services Bus for Service Providers to optimize its wireless cellular telecommunications network. SON suite, Policy Suite and Services Bus for Service Providers is part of a package of software suites which together form Cisco mobile software portfolio. Cisco's mobile software portfolio can be installed on a computer/processor which can interact with the network elements in the RAN including the |

|  | base stations (RF transceivers). Cisco's mobile software portfolio running on a computer and interacting with the base stations (RF transceivers) can receive or extract location information of the mobile wireless communication devices (UE's) from the network. Along with the location, the computer can receive and store performance data (QoS) of session between the one or more mobile wireless communications devices and the base stations (RF transceivers). Thus, the computer running Cisco's mobile software portfolio can continuously monitor network performance (QoS) of the session and compare this performance data with the expected performance data of network or service for a particular location and can suggest corrective actions to automate adjustment for the user experience quality. The SON suite running at the computer can use cSON to suggest corrective measures and SON suite can execute some optimization algorithms at eNB (base stations/ transceivers). Also, as the SON suite monitor dSON functionalities at eNB and automatically optimizes the network performance, the computer running SON suite will receive data and errors/ alarms/ faults with respect to network performance from dSON elements at eNB. Therefore, the computer running SON suite can suggest corrective measures for optimizing the network in response to receiving errors/ alarms/ faults. |
|---|---|

26. Defendants put the inventions claimed by the '024 Patent into service (i.e., used them); but for Defendants' actions, the claimed-inventions embodiments involving Defendants' products and services would never have been put into service. Defendants' acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendants obtaining monetary and commercial benefit from it.

27. Defendants have and continues to induce infringement. Defendants have actively encouraged or instructed others (e.g., its customers), and continues to do so, on how to use its products and services (see charts in paragraph 26), and related services) that use identified locations of wireless devices to perform adjustments such to cause infringement one or more claims of the '024 patent, including—for example—Claims 1-22, literally or under the doctrine of equivalents. Moreover, Defendants have known and should have known of the '024 patent, if not by the issuance of the '284 patent, by at least by the date of the patent's issuance, which followed

the date that the patent's underlying application was cited to Defendants by the U.S. Patent and Trademark Office during prosecution of one of Defendants' patent applications, such that Defendants knew and should have known that it was and would be inducing infringement. Further, Traxcell was a registered as an AT&T "prospective supplier" on 8/25/2007, and provided login credentials at ATTsupliers.com. In addition, the '284 Patent Application was used by the PTO as a reference against AT&T, starting by at least 2007.

28.    Defendants have caused and will continue to cause Traxcell damage by infringing (including inducing infringement of) the '024 patent.

## VII.    INFRINGEMENT ('388 Patent (Attached as exhibit D))

29. On January 17, 2017, U.S. Patent No. 9,549,388 ("the '388 patent") entitled "Mobile wireless device providing off-line and on-line geographic navigation information" (attached as Exhibit D) was duly and legally issued by the U.S. Patent and Trademark Office. Traxcell owns the '388 patent by assignment.

30. The '388 Patent's Abstract states, "A mobile device, wireless network and their method of operation provide both on-line (connected) navigation operation, as well as off-line navigation from a local database within the mobile device. Routing according to the navigation system can be controlled by traffic congestion measurements made by the wireless network that allow the navigation system to select the optimum route based on expected trip duration."

31. The following general elements will be used to explain Plaintiff's allegations of infringement of the Claims of the '388 patent.

> **Element 1:** A wireless communications system including a first radio-frequency transceiver within a wireless mobile communications device and an associated first antenna to which the first radio-frequency transceiver is coupled, wherein the first radio-frequency transceiver is configured for radio-frequency communication with a wireless communications network.

**Element 2:** The said system further including a first processor within the wireless mobile communications device coupled to the at least one first radio-frequency transceiver programmed to receive a location of the wireless mobile communications device from the wireless communications network and generate an indication of a location of the wireless mobile communications device  with respect to geographic features according to mapping information stored within the wireless mobile communications device.

**Element 3:** The said first processer displays to the user navigation information according to the location of the wireless mobile communications device with respect to the geographic features and a destination specified by the user at the wireless mobile communications device.

**Element 4:** The said system further comprising, at least one second radio-frequency transceiver and an associated at least one second antenna of the wireless communications network to which the second radio-frequency transceiver is coupled.

**Element 5:** The said system further comprising, a second processor coupled to the at least one second radio-frequency transceiver programmed to determine the location of the wireless mobile communications device.

**Element 6:** The said second processer selectively determines the location of the wireless mobile communications device dependent on the setting of preference flags.

**Element 7:** The said second processer determines the location of the wireless mobile communications device if the preference flags are set to a state that permits tracking of the user of the wireless mobile communications device and communicates the location of the wireless mobile communications device to the first processor via the second radio-frequency transmitter.

**Element 8:** The said second processer does not determine and communicate the location of the wireless mobile communications device if the preference flags are set to a state that prohibits tracking of the wireless mobile communications device.

32. Defendants make, use, offer to sell, or sell within or import into the U.S. wireless networks, wireless-network components, and related services that use online and/or off-line navigation such that Defendants infringe one or more claims of the '388 patent, including—for example, but not by way of limitation—Claims 1-30, literally or under the doctrine of equivalents.

Preliminary charts illustrating Plaintiff's claims for infringement of the claims of the '388 patent is as follows: [4]

---

[4] Plaintiff's infringement claims are not limited to the components provided herein.

## AT&T Navigator application for AT&T



**Source:** https://www.att.com/shop/apps/navigator.html

| Element of Claim #1 | Corresponding aspects |
|---|---|
| A wireless communications system including a first radio-frequency transceiver within a wireless mobile communications device and an associated first antenna to which the first radio-frequency transceiver is coupled, wherein the first radio-frequency transceiver is configured for radio-frequency communication with a wireless communications network. | Most of the wireless communication device (such as Samsung Galaxy S4, S5 & S6, Samsung Laptops and Samsung Tablets) from **AT&T communications network** comes preloaded with **AT&T Navigator application**. These Wireless communication devices are equipped with radio transceiver and antenna for communication.<br>Samsung Galaxy S6 teardown shows that it has Samsung Shannon 928 RF Transceiver. Further, the teardown shows that Samsung Galaxy S6 has antennas coupled to the RF transceiver. |
| Element of Claim #1 | Corresponding aspects |
| The said system further including a first processor within the wireless mobile | The wireless communication device such as Samsung Galaxy S4, S5 & S6, Samsung Laptops and Samsung Tablets etc., |

| communications device coupled to at least one first radio-frequency transceiver programmed to receive a location of the wireless mobile communications device from the wireless communications network and generate an indication of a location of the wireless mobile communications device with respect to geographic features according to mapping information stored within the wireless mobile communications device. | includes processors. Samsung Galaxy S6 has Octa-core (4x2.1 GHz Cortex-A57 & 4x1.5 GHz Cortex-A53) processor. The AT&T Navigator application estimates/receives the location of the Wireless communication device such as Samsung Galaxy S4, S5 & S6, Samsung Laptops and Samsung Tablets etc., by utilizing Cellular networks {AT&T communication network} or by utilizing both AT&T communication network and GPS. The maps for AT&T Navigator application comes from the AT&T' wireless network Navigator hardware/software using data plan or WiFi network and hence are stored within the memory of wireless communication device. The Find Me Icon on the AT&T map indicates the location of the wireless communication device, with respect to the various geographical features such as streets, cities, or any point of interest. |
|---|---|
| **Element of Claim #1** | **Corresponding aspects** |
| The said first processer displays to the user navigation information according to the location of the wireless mobile communications device with respect to the geographic features and a destination specified by the user at the wireless mobile communications device. | The AT&T Navigator estimates/receives the location of the Wireless communication device such as Samsung Galaxy S6, from thereby utilizing Cellular networks {AT&T communication network} or by utilizing both AT&T communication network and GPS, and indicates it on the map with respect of various geographic features such as streets, cities, or any point of interest. The AT&T Navigator application provides route from present location to the destination entered by the user on the wireless communication device. |

| **Element of Claim #1** | **Corresponding aspects in use by/marketed by M/S AT&T** |
|---|---|
| The said system further comprising, at least one second radio-frequency transceiver and an associated at least one second antenna of the wireless communications network to which the second radio-frequency transceiver is coupled. | AT&T Navigator communicates to AT&T Network Navigator hardware/software through AT&T's communication network. The AT&T's communication network includes cell sites which provide radio communication to and from mobile devices. Thus, the cell sites include the radio frequency transceiver coupled with antenna in AT&T's communication network. |

| Element of Claim #1 | Corresponding aspects |
|---|---|
| The said system further comprising, a second processor coupled to the at least one second radio-frequency transceiver programmed to determine the location of the wireless mobile communications device. | AT&T Navigator application communicates to AT&T Network Navigator hardware/software through AT&T's communication network. The AT&T's communication network includes cell sites which provide radio communication to and from mobile devices. Thus, the cell sites include the radio frequency transceiver in AT&T's communication network.<br><br>AT&T's communication network allows communication between AT&T Network Navigator hardware/software and the wireless communication device such as Samsung Galaxy S4, S5, S6, Samsung Laptops, and Samsung Tablets etc., to determine the current location of the wireless communication device. |

| Element of Claim #1 | Corresponding aspects |
|---|---|
| The said second processer selectively determines the location of the wireless mobile communications device dependent on the setting of preference flags | The AT&T Network Navigator hardware/software will only be able to determine the location of the Wireless communication device such as Samsung Galaxy S6, Samsung Galaxy S5, Samsung Galaxy S4 etc., if the location flag on the Wireless communication device is turned "ON". |

| Element of Claim #1 | Corresponding aspects |
|---|---|
| The said second processer determines the location of the wireless mobile communications device if the preference flags are set to a state that permits tracking of the user of the wireless mobile communications device and communicates the location of the wireless mobile communications device to the first processor via the second radio-frequency transmitter. | A wireless communications network includes second RF transceiver (associated with an antenna) is provided with or coupled with a second processor. The said second processor is enabled with a means to ascertain the location of the wireless mobile communication device from the wireless mobile communication network.<br>The said second processor can selectively determine the location of the wireless based on preference flags that will control access to the tracking. "Open access" may allow any party to access location information about user, "No access" may not allow user to be tracked, but may also disables the ability for the user to track him/her self.<br>With the permission of tracking the user, the said second processor communicates the ascertained location to the said "first processor" through the said "second RF transceiver" with |

|  | a notation or value (such as longitude/latitude coordinates) or indication. |
| --- | --- |
|  |  |

| Element of Claim #1 | Corresponding aspects |
| --- | --- |
| The said second processer does not determine and communicate the location of the wireless mobile communications device if the preference flags are set to a state that prohibits tracking of the wireless mobile communications device | The AT&T Network Navigator hardware/software will not be able to determine and track the location of the Wireless communication device such as Samsung Galaxy S6, Samsung Galaxy S5, Samsung Galaxy S4 etc., if the location flag on the Wireless communication device is turned off. |

33. Defendants put the inventions claimed by the '388 Patent into service (i.e., used them); but for Defendants' actions, the claimed-inventions embodiments involving Defendants' products and services would never have been put into service. Defendants' acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendants obtaining monetary and commercial benefit from it.

34. Defendants have and continue to induce infringement. Defendants have actively encouraged or instructed others (e.g., its customers), and continues to do so, on how to use its products and services (see charts in paragraph 32), and related services) that use identified U.S. wireless networks, wireless-network components, and related services that use online and/or off-line navigation such to cause infringement one or more claims of the '388 patent, including—for example—Claims 1-30, literally or under the doctrine of equivalents. Moreover, Defendants have known and should have known of the '388 patent, if not by the issuance of the '284 patent, by at

least by the date of the patent's issuance, which followed the date that the patent's underlying application was cited to Defendants by the U.S. Patent and Trademark Office during prosecution of one of Defendants' patent applications, such that Defendants knew and should have known that it was and would be inducing infringement. Further, Traxcell was a registered as an AT&T "prospective supplier" on 8/25/2007, and provided login credentials at ATTsupliers.com.  In addition, the '284 Patent Application was used by the PTO as a reference against AT&T, starting by at least 2007.

Defendants have caused and will continue to cause Traxcell damage by infringing (including inducing infringement of) the '388 patent.

## VIII.    PRAYER FOR RELIEF

WHEREFORE, Traxcell respectfully requests that this Court:

i.    enter judgment that Defendants have infringed the '284, '320, '024, and '388 patents;

ii.    award Traxcell damages in an amount sufficient to compensate it for Defendants' infringement of the '284, '320, '024, and '388 patents, in an amount no less than a reasonable royalty, together with prejudgment and post-judgment interest and costs under 35 U.S.C. § 284;

iii.    award Traxcell an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

iv.    declare this case to be "exceptional" under 35 U.S.C. § 285 and award Traxcell its attorneys' fees, expenses, and costs incurred in this action;

v.    declare Defendants infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. §284;

vi.     a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendants and their agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendants, from infringing the claims of the Patents-in-Suit or (ii) award damages for future infringement in lieu of an injunction, in an amount consistent with the fact that for future infringement the Defendants will be adjudicated infringers of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and,

vii.     award Traxcell such other and further relief as this Court deems just and proper.

## JURY DEMAND

Traxcell hereby requests a trial by jury on issues so triable by right.

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 750
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

**Hicks Thomas, LLP**

John B. Thomas (Co-Counsel)
Texas Bar No. 19856150
700 Louisiana Street, Suite 2000
Houston, Texas 77002
(713) 547-9100 (telephone)
(713) 547-9150 (fax)
jthomas@hicks-thomas.com

**Attorneys for Traxcell**

42