**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:17-cv-00718-RWS-RSP |
| v. ) | LEAD CASE |
| ) | |
| AT&T, INC., AT&T CORPORATION, ) | |
| AND AT&T MOBILITY LLC, ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Defendants AT&T Corp., AT&T Mobility LLC, Sprint Communications Company, LP, Sprint Spectrum, LP, Sprint Solutions, Inc., T-Mobile USA, Inc., and Verizon Wireless Personal Communications LP's (collectively, "Defendants'") Motion to Compel Discovery from Plaintiff Traxcell Technologies LLC ("Traxcell").

Having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore **ORDERED** that Traxcell must fully respond to Defendants' Common Interrogatory No. 7 within seven (7) days of the date of this Order.