## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | CASE NO.  2:17-CV-00718-RWS-RSP |
| v. | § § | |
| AT&T, INC.,    AT&T   CORPORATION, AT&T MOBILITY LLC, | § § § § | |
| VERIZON     WIRELESS     PERSONAL COMMUNICATIONS, LP, | § § | CASE NO. 2:17-CV-721-RWS-RSP CONSOLIDATED CASE |
| *Defendants.* | § § | |

## FINAL JUDGMENT

The Court enters Final Judgment in this case with respect to Defendant Verizon Wireless Personal Communications, LP pursuant to Federal Rule of Civil Procedure 58.  For reasons assigned in the Order previously entered, it is hereby

**ORDERED** that Plaintiff's claims against Defendant Verizon Wireless Personal Communications, LP are **DISMISSED WITH PREJUDICE**.

All other relief not specifically granted herein is **DENIED-AS-MOOT**.

The Clerk is directed to keep the lead case (Case No. 2:17-cv-00718-RWS-RSP) open as other defendants remain in that case.  However, the Clerk is directed to close the member case, Case No. 2:17-cv-00721-RWS-RSP.

**So ORDERED and SIGNED this 15th day of April, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE