# United States Court of Appeals for the Federal Circuit

---

**TRAXCELL TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**SPRINT COMMUNICATIONS COMPANY LP, SPRINT SPECTRUM, LP, SPRINT SOLUTIONS, INC., VERIZON WIRELESS PERSONAL COMMUNICATIONS, LP,**
*Defendants-Appellees*

**TELENAV, INC., T-MOBILE USA, INC.,**
*Defendants*

---

2020-1852, 2020-1854

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:17-cv-00718-RWS-RSP, Judge Robert Schroeder, III.

---

### JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

October 12, 2021            /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court